```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RACHEL REISS,
```

        Plaintiff,    **ORDER ADOPTING R&R**

-against-            16-CV-5905 (DRH)(AKT)

POLAR ELECTRO, INC.,

        Defendant.
-------------------------------------------------------X

**HURLEY, Senior District Judge:**

## INTRODUCTION

Presently before the Court is the Report and Recommendation, dated March 20, 2018, of Magistrate Judge A. Kathleen Tomlinson recommending that this matter be dismissed based on Plaintiff's failure to comply with the Court's Order to Show Cause as to why this action should not be dismissed as well as Plaintiff's failure to prosecute her claims. The time to file objections has expired, and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the March 20, 2018 Report and Recommendation of Judge Tomlinson as if set forth herein. Accordingly,

  **IT IS HEREBY ORDERED** that this matter is dismissed.

The Clerk of Court is directed to enter judgment accordingly and to close this case. Defendant's counsel is directed to serve a copy of this Order upon Plaintiff by overnight and first-class mail, and to post proof of service within three (3) business days of this Order.

Dated: Central Islip, N.Y.
   April 20, 2018          /s/ Denis R. Hurley
                  Denis R. Hurley
                  United States District Judge